UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**RAMAH NAVAJO CHAPTER, OGLALA SIOUX TRIBE,** and **PUEBLO OF ZUNI,** for themselves, and on behalf of a Class of others similarly situated,

    Plaintiffs,

v.

**RYAN ZINKE,** Secretary of the Interior, *et al.,*

    Defendants.

No. 90-cv-957-JAP/KBM

### ORDER SEVERING CALIFORNIA VALLEY MIWOK TRIBE INTERPLEADER ACTION AND DESIGNATING SEPARATE CAPTION AND CASE NUMBER

In the MOTION TO SEVER THE CALIFORNIA VALLEY MIWOK TRIBE INTERPLEADER ACTION, AND TO DESIGNATE SEPARATE CAPTION AND CASE NUMBER (Doc. No. 1621) (Motion) the Plaintiff Class asks the Court to sever and create a separate case number in this District for the California Valley Miwok Tribe ("Miwok") interpleader filed in this action. *See* COMPLAINT IN INTERPLEADER (California Valley Miwok Tribe) (Doc. No. 1366) (Miwok Interpleader Action). The Motion is unopposed.[1]

---

[1] In the Motion, the Plaintiff Class indicates that the two factions involved in the California Valley Miwok Tribe's leadership dispute do not oppose the Motion. (Mot. at 3.) However, the "Dixie faction ... reserves the right to request transfer of the severed action to a different district[,]" and "the Burley faction opposes any request to transfer ... anywhere outside of New Mexico." In addition, the Burley faction "objects to the Dixie Faction's continued appearance in this interpleader action, because Yakima Dixie has died." (Mot. at 3–4.) Because these statements do not indicate opposition to severance, the Court considers the Motion unopposed.

1

Under Rule 21, "[t]he court may ... sever any claim against any party." Fed. R. Civ. P. 21. *See Hebel v. Ebersole*, 543 F.2d 14, 16 (7th Cir. 1976) (concluding that district court did not abuse discretion in severing interpleader action from counterclaims sounding in tort and contract).

IT IS THEREFORE ORDERED that

1. The Miwok Interpleader Action initiated by the COMPLAINT IN INTERPLEADER (California Valley Miwok Tribe) (Doc. No. 1366) is severed from this action;

2. The Clerk of Court is directed to establish a separate case number for the Miwok Interpleader Action under the caption "*In re $323,647.60 in Funds Belonging to the California Valley Miwok Tribe*" (hereinafter, "*In re Miwok*");

3. The Clerk of Court is directed to transfer to the new *In re Miwok* action the pleadings filed in the Miwok Interpleader Action. (Doc. Nos. 1366, 1386, 1389, 1407, 1409, 1416); and

4. The Clerk of Court is directed to enter an appropriate notation in the records of the registry of the Court associating the deposited sum of $323,647.60 with the new *In re Miwok* action.

／s／ James A. Parker
SENIOR UNITED STATES DISTRICT JUDGE