**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE $323,647.60 IN FUNDS BELONGING TO THE CALIFORNIA VALLEY MIWOK TRIBE. | Case No. 1:19-cv-00242-DAD-SAB<br><br>ORDER VACATING MAY 9, 2019 SCHEDULING CONFERENCE AND REQUIRING PARTIES TO FILE MOTION TO LIFT STAY UPON FINAL DECISION OF DEPARTMENT OF THE INTERIOR |

On December 17, 2018, Senior District Judge James A. Parker severed this interpleader action from Ramah Navajo Chapter, Oglala Sioux, Tribe and Pueblo of Zuni v. Ryan Zinke, No. 1:90-cv-957-JAP-KBM (D.N.M.). See In Re $323,647.60 In Funds Belonging To The California Valley Miwok Tribe, No. 1:18-cv01194 JAP/KBM (D.N.M. December 17, 2018), ECF No. 1. On December 17, 2018, Judge Parker stayed this matter pending a final decision by the Department of the Interior recognizing a government for the Tribe. In Re $323,647.60 In Funds Belonging To The California Valley Miwok Tribe, No. 1:18-cv01194 JAP/KBM (D.N.M. December 17, 2018), ECF No. 7. On February 19, 2019, Judge Parker entered an order denying a motion to lift the stay in this action and a separate order transferring the matter to the Eastern District of California. In Re $323,647.60 In Funds Belonging To The California Valley Miwok Tribe, No. 1:18-cv01194 JAP/KBM (D.N.M. December 17, 2018), ECF Nos. 17, 19.

1

On February 20, 2019, this matter was transferred to the Eastern District of California. At issue in this matter is the distribution of funds from a settlement in <u>Ramah Navajo Chapter, Oglala Sioux, Tribe and Pueblo of Zuni v. Ryan Zinke</u>, No. 1:90-cv-957-JAP-KBM (D.N.M.).

As this matter is currently stayed, the scheduling conference set for May 9, 2019, before the undersigned is HEREBY VACATED. It is FURTHER ORDERED that the parties shall file a motion to lift the stay within fourteen (14) days of the final decision of the Department of the Interior recognizing a government for the Tribe.

IT IS SO ORDERED.

Dated: **February 21, 2019**

UNITED STATES MAGISTRATE JUDGE