UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE, a federally-recognized Indian tribe, THE GENERAL COUNCIL, SILVIA BURLEY, RASHEL REZNOR; ANJELICA PAULK; and TRISTIAN WALLACE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RYAN ZINKE, in his official capacity as U.S. Secretary of Interior; MICHAEL BLACK, in his official capacity as Acting Assistant Secretary of Interior-Indian Affairs; WELDON LOUDERMILK, in his official capacity as Director of the Bureau of Indian Affairs,<br><br>　　　　Defendants, | No. 2:16-cv-01345 WBS CKD<br><br>No. 1:19-cv-00242 DAD SAB<br><br><br>ORDER |
| IN RE $323,647.60 IN FUNDS BELONGING TO THE CALIFORNIA VALLEY MIWOK TRIBE, | |

----oo0oo----

1

|    |                                                                              |
|----|------------------------------------------------------------------------------|
| 1  | The court has received the Notice of Related Cases |
| 2  | concerning the above-captioned cases filed on March 8, 2019. <u>See</u> |
| 3  | Local Rule 123. The court, however, has determined that the |
| 4  | assignment of the matters to the same judge is not likely to |
| 5  | effect a substantial saving of judicial effort, and therefore |
| 6  | declines to relate or reassign the cases at this time. This |
| 7  | Order is issued for informational purposes only and shall have no |
| 8  | effect on the status of the cases, including any previous Related |
| 9  | (or Non-Related) Case Order of this court. |
| 10 | IT IS SO ORDERED. |
| 11 | Dated: March 13, 2019 |
| 12 | WILLIAM B. SHUBB<br>UNITED STATES DISTRICT JUDGE |