# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE $323,647.60 IN FUNDS BELONGING TO THE CALIFORNIA VALLEY MIWOK TRIBE. | Case No. 1:19-cv-00242-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT AS TO FINAL DECISION OF DEPARTMENT OF THE INTERIOR<br><br>SEVEN DAY DEADLINE |

On December 17, 2018, Senior District Judge James A. Parker severed this interpleader action from Ramah Navajo Chapter, Oglala Sioux, Tribe and Pueblo of Zuni v. Ryan Zinke, No. 1:90-cv-957-JAP-KBM (D.N.M.). See In Re $323,647.60 In Funds Belonging To The California Valley Miwok Tribe, No. 1:18-cv01194 JAP/KBM (D.N.M. December 17, 2018), ECF No. 1. On December 17, 2018, Judge Parker stayed this matter pending a final decision by the Department of the Interior recognizing a government for the Tribe. In Re $323,647.60 In Funds Belonging To The California Valley Miwok Tribe, No. 1:18-cv01194 JAP/KBM (D.N.M. December 17, 2018), ECF No. 7. On February 19, 2019, Judge Parker entered an order denying a motion to lift the stay in this action and a separate order transferring the matter to the Eastern District of California. In Re $323,647.60 In Funds Belonging To The California Valley Miwok Tribe, No. 1:18-cv01194 JAP/KBM (D.N.M. December 17, 2018), ECF Nos. 17, 19.

On February 20, 2019, this matter was transferred to the Eastern District of California. At issue in this matter is the distribution of funds from a settlement in <u>Ramah Navajo Chapter, Oglala Sioux, Tribe and Pueblo of Zuni v. Ryan Zinke</u>, No. 1:90-cv-957-JAP-KBM (D.N.M.). On February 21, 2019, the Court ordered the parties to file a motion to lift the stay of this action within fourteen (14) days of a final decision of the Department of the Interior recognizing a government for the Tribe. As of January 6, 2020, no motion to lift the stay nor other report has been filed regarding the status of this action.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of entry of this order, the parties shall file a report indicating whether a decision from the Department of Interior has been issued, and if not, whether there is an anticipated date for such decision. If a decision has been issued, the parties shall file the motion to lift the stay of this action within fourteen (14) days of entry of this order.

IT IS SO ORDERED.

Dated: **January 6, 2020**

UNITED STATES MAGISTRATE JUDGE