# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE $323,647.60 IN FUNDS BELONGING TO THE CALIFORNIA VALLEY MIWOK TRIBE. | Case No. 1:19-cv-00242-DAD-SAB<br><br>ORDER CONTINUING STAY OF ACTION AND REQUIRING PARTIES TO FILE JOINT STATUS REPORT<br><br>(ECF No. 26, 27, 29) |

Prior to being transferred to the Eastern District of California, this matter was stayed pending a final decision of the Department of the Interior ("DOI") recognizing a government for the Tribe. On January 6, 2020, an order was filed requiring the parties to file a report as to the status of the final decision of the DOI. On January 9, 2020 and January 13, 2020, the parties filed status reports. (ECF Nos. 26, 27, 29.) Based on the status reports filed, the Court finds that it is appropriate to continue the stay of this matter. The parties shall be required to file a **joint report** addressing **only the status of the final decision of the DOI by July 14, 2020 or within fourteen (14) days** of a final decision, whichever is sooner.

Accordingly, IT IS HEREBY ORDERED that the stay of this matter shall be CONTINUED and the parties shall file a joint report on the status of the final decision of the DOI **on or before July 14, 2020 or within fourteen (14) days** of the issuance of a final decision.

IT IS SO ORDERED.

Dated: __**January 14, 2020**__

UNITED STATES MAGISTRATE JUDGE

1