# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE $323,647.60 IN FUNDS BELONGING TO THE CALIFORNIA VALLEY MIWOK TRIBE. | Case No.  1:19-cv-00242-DAD-SAB<br><br>ORDER CONTINUING STAY OF ACTION AND REQUIRING PARTIES TO FILE JOINT STATUS REPORT BY JANUARY 15, 2021<br><br>(ECF No. 35) |

Prior to being transferred to the Eastern District of California, this matter was stayed pending a final decision of the Department of the Interior ("DOI") recognizing a government for the California Valley Miwok Tribe ("the Tribe").  On January 14, 2020, the stay of this matter was continued and the parties were ordered to file a joint status report on or before July 14, 2020. On July 13, 2020, the parties filed a joint status report.  The status report indicates that the DOI has not yet issued a final decision recognizing a government for the Tribe.  Accordingly, the Court finds that it is appropriate to continue the stay of this matter.  The parties shall be required to file a **joint report** addressing **only the status of the final decision of the DOI by January 15, 2021, or within fourteen (14) days** of a final decision, whichever is sooner.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the stay of this matter shall be CONTINUED and the parties shall file a joint report on the status of the final decision of the DOI **on or before January 15, 2021 or within fourteen (14) days** of the issuance of a final decision.

IT IS SO ORDERED.

Dated: **July 14, 2020**

UNITED STATES MAGISTRATE JUDGE