# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE $323,647.60 IN FUNDS BELONGING TO THE CALIFORNIA VALLEY MIWOK TRIBE. | Case No. 1:19-cv-00242-DAD-SAB<br><br>ORDER CONTINUING STAY OF ACTION AND REQUIRING PARTIES TO FILE JOINT STATUS REPORT BY JANUARY 15, 2022<br><br>(ECF No. 39) |

Prior to being transferred to the Eastern District of California, this matter was stayed pending a final decision of the Department of the Interior ("DOI") recognizing a government for the California Valley Miwok Tribe ("the Tribe"). On January 19, 2021, the stay of this matter was continued and the parties were ordered to file a joint status report on or before July 15, 2021. (ECF No. 38.) On July 15, 2021, the parties filed a joint status report. (ECF No. 39.) The status report indicates that the DOI has not yet issued a final decision recognizing a government for the Tribe and it is unknown when a decision may be reached. Accordingly, the Court finds that it is appropriate to continue the stay of this matter. The parties shall be required to file a **joint report** addressing **only the status of the final decision of the DOI by January 15, 2022, or within fourteen (14) days** of a final decision, whichever is sooner.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the stay of this matter shall be CONTINUED and the parties shall file a joint report on the status of the final decision of the DOI **on or before January 15, 2022, or within fourteen (14) days** of the issuance of a final decision.

IT IS SO ORDERED.

Dated: **July 16, 2021**

_____
UNITED STATES MAGISTRATE JUDGE