MORGAN LEWIS & BOCKIUS LLP
Colin C. West
colin.west@morganlewis.com
Ella Foley Gannon
ella.gannon@morganlewis.com
Thomas F. Gede
tom.gede@morganlewis.com
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone: +1.415.442.1000
Facsimile:  +1.415.442.1001

*Attorneys for Michael Mendibles and the California Valley Miwok Tribe*

*Additional parties and counsel listed on signature page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE $323,647.60 IN FUNDS BELONGING TO THE CALIFORNIA VALLEY MIWOK TRIBE. | Case No. 1:19-cv-00242-DAD-SAB<br><br>**JOINT STATUS REPORT OF THE PARTIES** |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of January 21, 2022 (ECF No. 43), this case has been further stayed pending a final decision of the Department of the Interior ("DOI") recognizing a government for the California Valley Miwok Tribe ("the Tribe").  Counsel for all Parties in this proceeding hereby write to inform the Court of the status of any decision made by the DOI and the Bureau of Indian Affairs ("BIA") concerning the pending recognition.

The parties have been informed the DOI/BIA has not issued a final decision recognizing a government for the Tribe.  It is unknown when the DOI/BIA may reach such a decision.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 43551389.1

Case No. 1:19-cv-00242-DAD-SAB

JOINT STATUS REPORT OF THE PARTIES

| | | |
|---|---|---|
| Dated: July 20, 2022 | | MORGAN, LEWIS & BOCKIUS LLP |

By _____*/s/ Thomas F. Gede*_____
            Thomas F. Gede

Attorney for Michael Mendibles and the California Valley Miwok Tribe

Dated: July 20, 2022        SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By _____*/s/ James F. Rusk (authorized on 7/19/2022)*_____
            James F. Rusk

Attorney for California Valley Miwok Tribe, Yakima Dixie, Velma WhiteBear, Antonia Lopez, Gilbert Ramirez, Jr., Antoinette Lopez, and Iva Carsoner

Dated: July 20, 2022        PEEBLES, KIDDER, BERGIN & ROBINSON, LLP

By _____*/s/ Timothy J. Hennessy (authorized on 7/18/2022)*_____
            Timothy J. Hennessy

Attorney for Silvia Burley and the California Valley Miwok Tribe

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 43551389.1

1

Case No. 1:19-cv-00242-DAD-SAB

JOINT STATUS REPORT OF THE PARTIES