# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE $323,647.60 IN FUNDS BELONGING TO THE CALIFORNIA VALLEY MIWOK TRIBE | Case No. 1:19-cv-00242-DAD-SAB <br><br> ORDER CONTINUING STAY OF ACTION AND REQUIRING PARTIES TO FILE JOINT STATUS REPORT BY JANUARY 21, 2023 <br><br> (ECF No. 44) |

  Prior to being transferred to the Eastern District of California, this matter was stayed pending a final decision of the Department of the Interior ("DOI") and the Bureau of Indian Affairs ("BIA") recognizing a government for the California Valley Miwok Tribe ("Miwok Tribe"). On July 16, 2021, and January 21, 2022, the stay of this matter was continued. (ECF Nos. 40, 43.) Pursuant to the most recent order continuing the stay of litigation, the parties were directed to file a status report on or before July 20, 2022. (ECF No. 43.)

  On July 20, 2022, the parties filed a joint status report. (ECF No. 44.) The status report indicates that the DOI/BIA has not yet issued a final decision recognizing a government for the Miwok Tribe and it is unknown when a decision may be reached. Accordingly, the Court finds that it is appropriate to continue the stay of this matter. The parties shall be required to file a joint

1

report addressing only the status of the final decision of the DOI by January 21, 2023, or within fourteen (14) days of a final decision, whichever occurs sooner.

Accordingly, IT IS HEREBY ORDERED that this matter shall continue to be STAYED and the parties shall file a joint report on the status of the final decision of the DOI/BIA **on or before January 21, 2023, or within fourteen (14) days** of the issuance of a final decision.

IT IS SO ORDERED.

Dated:  **July 21, 2022**

UNITED STATES MAGISTRATE JUDGE