MORGAN LEWIS & BOCKIUS LLP
Colin C. West
colin.west@morganlewis.com
Ella Foley Gannon
ella.gannon@morganlewis.com
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:  +1.415.442.1000
Facsimile:   +1.415.442.1001

*Attorneys for Michael Mendibles and the California Valley Miwok Tribe*

*Additional parties and counsel listed on signature page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE $323,647.60 IN FUNDS BELONGING TO THE CALIFORNIA VALLEY MIWOK TRIBE. | Case No. 1:19-cv-00242-ADA-SAB<br><br>**JOINT STATUS REPORT OF THE PARTIES** |
|---|---|

# JOINT STATUS REPORT

Pursuant to this Court's Order of July 21, 2022 (ECF No. 45), this case has been further stayed pending a final decision of the Department of the Interior ("DOI") recognizing a government for the California Valley Miwok Tribe ("the Tribe").  Counsel for all Parties in this proceeding hereby write to inform the Court of the status of any decision made by the DOI and the Bureau of Indian Affairs ("BIA") concerning the pending recognition.

The parties have been informed the DOI/BIA has not issued a final decision recognizing a government for the Tribe.  It is unknown when the DOI/BIA may reach such a decision.

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

Case No. 1:19-cv-00242-ADA-SAB

JOINT STATUS REPORT OF THE PARTIES

DB2/ 45017263.1

Dated: January 23, 2023  MORGAN, LEWIS & BOCKIUS LLP

By /s/ Colin C. West (authorized on 1/20/2023)
Colin C. West

Attorney for Michael Mendibles and the California Valley Miwok Tribe

Dated: January 23, 2023  SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By /s/ James F. Rusk (authorized on 1/20/2023)
James F. Rusk

Attorney for California Valley Miwok Tribe, Yakima Dixie, Velma WhiteBear, Antonia Lopez, Gilbert Ramirez, Jr., Antoinette Lopez, and Iva Carsoner

Dated: January 23, 2023  PEEBLES, KIDDER, BERGIN & ROBINSON, LLP

By /s/ Timothy J. Hennessy (authorized on 1/20/2023)
Timothy J. Hennessy

Attorney for Silvia Burley and the California Valley Miwok Tribe