# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE $323,647.60 IN FUNDS BELONGING TO THE CALIFORNIA VALLEY MIWOK TRIBE | Case No. 1:19-cv-00242-ADA-SAB<br><br>ORDER CONTINUING STAY OF ACTION AND REQUIRING PARTIES TO FILE JOINT STATUS REPORT BY JULY 24, 2023<br><br>(ECF No. 47) |

Prior to being transferred to the Eastern District of California, this matter was stayed pending a final decision of the Department of the Interior ("DOI") and the Bureau of Indian Affairs ("BIA") recognizing a government for the California Valley Miwok Tribe ("Miwok Tribe"). On January 23, 2023, the parties filed a joint status report. (ECF No. 47.) The status report indicates that the DOI/BIA has not yet issued a final decision recognizing a government for the Miwok Tribe and it is unknown when a decision may be reached. Accordingly, the Court finds that it is appropriate to continue the stay of this matter. The parties shall be required to file a joint report addressing only the status of the final decision of the DOI by January 21, 2023, or within fourteen (14) days of a final decision, whichever occurs sooner.

///

Accordingly, IT IS HEREBY ORDERED that this matter shall continue to be STAYED and the parties shall file a joint report on the status of the final decision of the DOI/BIA **on or before July 24, 2023, or within fourteen (14) days** of the issuance of a final decision.

IT IS SO ORDERED.

Dated: **January 24, 2023**

UNITED STATES MAGISTRATE JUDGE