UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re $323,647.60 in Funds Belonging to the California Valley Miwok Tribe | No. 1:19-cv-00242-KJM-CKD<br><br>ORDER |

This matter is stayed pending a final decision of the Department of Interior ("DOI") and the Bureau of Indian Affairs ("BIA") recognizing a government for the California Valley Miwok Tribe ("Miwok Tribe"). On January 22, 2024, the parties filed a joint status report, which stated DOI and BIA have not yet issued a final decision yet and it is unknown when a decision will be reached. ECF No. 53. The court directs the parties to file a joint report addressing the status of the final decision of DOI and BIA by July 26, 2024, or within fourteen days of a final decision, whichever is sooner.

IT IS SO ORDERED.

DATED: January 30, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1