UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re $323,647.60 in Funds Belonging to the California Valley Miwok Tribe | No. 1:19-cv-00242-KJM-CKD<br><br>ORDER |

On February 20, 2019, this interpleader action was transferred from the District of New Mexico to this court. *See* ECF No. 20. However, the associated interpleader funds totaling $323,647.60, which were deposited in the District of New Mexico in 2018, as well as any interest that has accrued since then, did not accompany the transfer. *See* Interpleader Deposit Received, *Ramah Navajo Chapter v. Lujan*, No. 90-957 (D.N.M. May 18, 2018), ECF No. 1611 (receiving $322,259.60); Interpleader Deposit Received, *Ramah Navajo Chapter*, No. 90-957 (D.N.M. Aug. 21, 2018), ECF No. 1614 (receiving $1,388.00).

Accordingly, The Clerk of Court is directed to accept and deposit the interpleader funds from the District of New Mexico in the amount of $323,647.60 plus the accrued interest into this court's interest-bearing registry.

IT IS SO ORDERED.

DATED: February 22, 2024.

CHIEF UNITED STATES DISTRICT JUDGE