UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re $323,647.60 in Funds Belonging to the California Valley Miwok Tribe | No. 1:19-cv-00242-KJM-CKD<br><br>ORDER |

This matter is stayed pending a final decision of the Department of Interior (DOI) and the Bureau of Indian Affairs (BIA) recognizing a government for the California Valley Miwok Tribe. *See* Prior Order (July 25, 2023), ECF No. 50. On July 26, 2024, the parties filed a joint status report stating the DOI and BIA have yet to issue a final decision and it is unknown when a decision will be reached. JSR, ECF No. 56. The court directs the parties to file another joint report addressing the status of the DOI and BIA's final decision by December 16, 2024, or within fourteen (14) days of a final decision, whichever is sooner.

IT IS SO ORDERED.

DATED: July 31, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1